[PUBLISH]

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 97-2618

(D. C. Docket No. 95-00089-CR)

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SIGMA INTERNATIONAL, INC., d.b.a. Sigma
U.S.A., Inc., CHARLES STERNISHA, et al.

Defendants-Appellants

Appeals from the United States District Court
for the Middle District of Florida

(Opinion March 15, 2001, 244 F.3d . 841 , 11th Cir., 2001)

(April 8, 2002)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on whether rehearing en banc should be granted, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

_____
*Judge Charles R. Wilson has recused himself and will not participate.